# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| 201 NORTH WELLS INVESTORS, L.L.C. ) | Bankruptcy No. 04 B 21063 |
| ) | |
| Alleged Debtor. ) | |

## NOTICE

TO:   See Service List

Please take notice that the Court will call the involuntary petition of Skyline Equities Reality, Taylor Johnson Associates, Inc., and Clark & Barlow for an order of relief against 201 North Wells Investors, L.L.C. under Chapter 7 of Title 11, United States Code, for a status hearing on **July 12, 2004** at **10:30 a.m.** in courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois.

Jack B. Schmetterer
United States Bankruptcy Judge

Dated: June 3, 2004

## CERTIFICATE OF SERVICE

I, Dorothy Clay certify that on June _3_, 2004 I caused to be mailed by United States first class mail copies of the above to the persons named.

## SERVICE LIST

Office of the U.S. Trustee
227 West Monroe Street
Suite 3350
Chicago, IL 60606

Jonathan W. Young, Esq.
Wildman, Harrold, Allen & Dixon, L.L.P.
225 West Wacker Drive, Suite 3000
Chicago, IL 60606
Counsel for Petitioning Creditors

201 North Wells Investors, L.L.C.
1212 North LaSalle Street, Suite 110
Chicago, IL 60610
Alleged Debtor

Dorothy Clay
Secretary/Deputy Clerk