UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| 201 NORTH WELLS INVESTORS, L.L.C. | )  Bankruptcy No. 04 B 21063 |
| | ) |
| Debtor. | ) |

## NOTICE

Please take notice that the hearing on Involuntary Petition, originally set for July 12, 2004 at 10:30 a.m., has been advanced and rescheduled to **June 29, 2004** at **10:30 a.m.**, in Courtroom 682, 219 South Dearborn Street, Chicago, Illinois 60604.

_____
Judge Jack B. Schmetterer

Dated: June 14, 2004

\* \* \* \* \* \*

### CERTIFICATE OF SERVICE

I, Dorothy Clay certify that on June 14, 2004, I caused to be mailed by United States first class mail a copy of the above to the following:

Office of the U.S. Trustee
227 West Monroe Street
Suite 3350
Chicago, IL 60606

Jonathan W. Young, Esq.
Wildman, Harrold, Allen & Dixon, L.L.P.
225 West Wacker Drive, Suite 3000
Chicago, IL 60606
Counsel for Petitioning Creditors

201 North Wells Investors, L.L.C.
1212 North LaSalle Street, Suite 110
Chicago, IL 60610
Alleged Debtor

_____
Secretary/Deputy Clerk