UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| 201 N. Wells Investors, LLC | ) | Case No. 04-21063 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |

ORDER GRANTING AN EXTENSION OF
TIME TO ANSWER MOTION OF LASALLE BANK TO APPOINT TRUSTEE

At Chicago, Illinois in said District on this 5th day of August, 2004.

THIS CAUSE coming to be heard upon the oral request and agreement by and among 201 N. Wells Investors, LLC (the "Debtor") and LaSalle Bank, N.A. ("LaSalle") for entry of an order granting any parties in interest opposing LaSalle's Motion to Appoint Trustee (the "Motion") additional time to file new or supplemented Answers to the Motion; the Court having previously entered an Amended Final Pretrial Order on or about July 23, 2004 in connection with the Motion (the "Pretrial Order"); the Pretrial Order having established August 5, 2004 as the deadline for any party in interest to file a new or supplemented Answer to the Motion; and the Court having heard the statements of counsel present;

NOW, THEREFORE, IT IS HEREBY ORDERED that the Pretrial Order be and is hereby amended to extend the time that any party in interest may file a new or supplemented Answer to the Motion until August 17, 2004.

ENTER:

_____
BANKRUPTCY JUDGE

63212.1 8/4/04

1

AGREED TO THIS 5th DAY OF
AUGUST, 2004:

| 201 N. Wells Investors, L.L.C. | LASALLE BANK, N.A. |
|---|---|
| By: _____*signature*_____ | By _____*signature*_____ |
| One of Its Attorneys | One of Its Attorneys |

HENRY B. MERENS (ARDC # 6181695)
BRAD A. BERISH, ESQ (ARDC #06200891)
ADELMAN & GETTLEMAN, LTD.
53 West Jackson Boulevard Suite 1050
Chicago, Illinois 60604
312/435-1050
312/435-1059 fax
Counsel to Debtor

SAMUEL G. HARROD IV (Attny no. 33682)
KEVIN JOYCE
MELTZER, PURTILL & STELLE
1515 E. Woodfield Road, Suite 250
Schaumburg, Illinois 60173-5431
847-330-2418
Counsel to LaSalle